## Bill of Sale

I Bruce Lothrop sold one Bristol Bay drift permit S03T 56226S to MacGregor Walker for $130,000.00 to be paid off on a payment plan.

Seller,
Bruce Lothrop _____

Date June 1, 2017

RECEIVED
JUN 19 2017
CFEC