# Commercial Fisheries Entry Commission
## Request for Permanent Transfer of Entry Permit

326347

PO Box 110302
Juneau, AK 99811-0302
Phone: 907-789-6150 / Toll Free: 1-855-789-6150
Fax: 907-789-6170
Website: www.cfec.state.ak.us
Transfer email: dfg.cfec.transfers@alaska.gov

**ALLOW UP TO 2 WEEKS FOR PROCESSING TIME**

All sections and pages of this form must be completed and submitted with the $50.00 transfer processing fee, the current year permit card if it has been issued, a copy of the "transfer agreement" or "bill of sale" outlining all terms and conditions of this transfer as required by CFEC regulation 20 AAC 05.1712(c). If any of the information is not submitted, or if the form is incomplete, there will be delays with the request.

Date Approved: 6/19/17
Transfer Officer: ___

### PERMIT HOLDER INFORMATION: Must be completed by the current permit holder

Name of Permit Holder (print clearly): **BRUCE F LOTHROP**
request a permanent transfer of my permit
Permit Number: **S03T 56226S**

Permanent Mailing Address: **10230 SW 161 ST.**
Social Security Number: _____
Date of Birth: **04/16/1948**

City: **VASHON**  State: **WA**  Zip: **98070**
Email Address: **BRUCELOTHROP@Icloud.com**

**\*REQUIRED FOR VERIFICATION OF RESIDENCY\***
Physical Location of Residence (where you live): **10230 SW 161 ST**
City: **VASHON**  State: **WA**  Zip: **98070**  How Long (years/months) at the Physical Address? **30 YRS.**

RESIDENCY: ☐ Alaska Resident  ☒ Nonresident   CITIZENSHIP: ☒ US Citizen  ☐ Alien Reg# _____
(You must enclose a copy of your card)

RECEIVED JUN 19 2017 CFEC

Note: If your notice of intent to permanently transfer is not effective at the time that this transfer is submitted you may request a temporary transfer so that the transferee can fish pending the notice of intent date. Please complete questions below.

__ Yes, please issue a temporary transfer of my permit to the transferee listed below.
__ Yes, I have included the additional temporary transfer fee of $50.00.

### PROPOSED TRANSFEREE INFORMATION: Must be Completed by the Proposed Transferee

Name of Transferee (print clearly): **MACGREGOR WALKER**
Social Security Number: _____
Date of Birth: **11/07/1966**
ADF&G Number: **09478**

Permanent Mailing Address: **5615 N. DELAWARE AVE**  City: **PORTLAND**  State: **OR**  Zip: **97217**

Email address: **TRIBEWALKER@LIVE.COM**

**\*REQUIRED FOR VERIFICATION OF RESIDENCY\***
Physical location of residence (where you live): **5615 N. DELAWARE AVE**
City: **PORTLAND**  State: **OR**  Zip: **97217**  How Long (years/months) at the Physical Address? **10 YRS.**

RESIDENCY: ☐ Alaska Resident  ☒ Nonresident   CITIZENSHIP: ☒ US Citizen  ☐ Alien Reg# _____
(You must enclose a copy of your card)

Temporary Mailing Address (for this permit): **P.O. BOX 1810**  City: **DILLINGHAM**  State: **AK**  Zip: **99576**

1. I certify that I am physically able to harvest fish in the fishery for which this permit is valid.   __ NO  ☒ YES
2. I have reasonable access to the commercial fishing gear used in this fishery.   __ NO  ☒ YES
3. I intend to fish this permit during the upcoming season.   __ NO  ☒ YES

**\*\*NOTE:** If you are not physically able to participate in the fishery or you do not plan on fishing the upcoming season, you will need to attach an explanation of your intent in acquiring this permit.

*If you hold more than one salmon net area permit, designate the ONE salmon net area you will fish in 2017: _____*

### AFFIDAVIT:
Both Parties must read and sign under oath before a Notary Public (or Postmaster in Alaska). I swear, under penalty of perjury that the information provided by me on all pages of this form and in all supporting documents is true and accurately describes the terms and conditions of this transfer; that this transfer is not requested as part of, nor in anticipation of, any retained right of repossession or foreclosure, lease, pledge, mortgage, agreement requiring a subsequent transfer, or other encumbrance involving this permit, except as part of a transfer financed in accordance with current law, and that I am not prohibited by law or court order from being a party to this transfer. I understand that making a false claim on this transfer form or submitting false documentation in support of this transfer request is a crime under AS 11.56.210 which is punishable by up to one year in prison and/or $5,000.00 fine and may subject me to administrative fines, suspension of fishing privileges and revocation of any entry permits I may hold.

Permit Holder: _(signature)_
Proposed Transferee: _(signature)_

Subscribed and sworn to before me this **6th** day of **May**, 20**17** at **US Bank 9910 SW Bank Rd Vashon WA**

Notary Public (or Postmaster in Alaska): MICHAELA HAFLINGER, Notary Public
Commission Expires: **9/19/20**
State of Washington
My Appointment Expires Sep 19, 2020

Subscribed and sworn to before me this **6-5-2017** day of **6-5**, 20**17** at **Oregon**

Notary Public: CHAO JI XU
OFFICIAL STAMP
NOTARY PUBLIC - OREGON
COMMISSION NO. 953316
MY COMMISSION EXPIRES AUGUST 11, 2020

PAGE 2

## REQUIRED PERMANENT TRANSFER INFORMATION

The information requested on this survey is required for all transfers. All responses are considered confidential and not available for public inspection in any manner that would disclose personal information about you or circumstances of this permit transfer.

### TO BE COMPLETED BY THE PROPOSED TRANSFEREE

**1. How did you locate this permit for permanent transfer? (circle one answer)**
- (Relative or personal friend)
- Casual acquaintance
- Commission's list of permits
- Broker
- Fish processor
- Advertisement
- Other (explain) _____

**2. What is your relationship to the permit holder? (circle one answer)**
- None
- Business partner
- (Personal friend)
- Member of immediate family
- Other relative
- Other (explain) _____

**3. How is the permit being acquired? (circle one answer)**
- (Permit purchase only)
- Combined purchase (with vessel, gear, site, etc.)
- Gift
- Trade
- Inheritance
- Other (explain) _____

**4. What is the purchase price or trade value of each item you will obtain in this transfer?**
- Permit $ 130,000
- Vessel $ _____
- Gear $ _____
- Site $ _____
- Other $ _____ (explain) _____
- Total package $ 130,000

**5. What sources of financing are being used?**
Personal Resources (incl. cash) $ 130,000   If any person or entity is providing any money to help you pay for the permit, please provide the information requested below and you must submit your agreement with that person or entity in writing along with this completed transfer form.
Name and address of person or entity providing money: _____
Amount of money they are providing $ _____

| | | Trade Items | Values |
|---|---|---|---|
| DED (Division of Economic Development) | $ _____ | _____ | $ _____ |
| Fish Processor (you must submit the promissory note) | $ _____ | _____ | $ _____ |
| AK Comm Fish & Agri Bank (CFAB) | $ _____ | _____ | $ _____ |
| Bank or other lending institution (you must submit the promissory note) | $ _____ | Other _____ | $ _____ |
| Transferor (seller) | $ _____ | | |

RECEIVED JUN 19 2017 CFEC

**6.** If permit is being transferred as a gift, is it being transferred with any terms or conditions? (circle your answer) (NO) YES
If yes, you MUST submit the agreement in writing.

**7.** Is there an agreement concerning future transfers of this permit? (circle your answer) (NO) YES
If yes, you MUST submit the agreement in writing.

**8.** Is there an agreement for you to pay the transferor a portion of your earnings from fishing the permit? (circle your answer) (NO) YES
If yes, you MUST submit the agreement in writing.

### TO BE COMPLETED BY THE CURRENT PERMIT HOLDER

**1.** Are you and/or the transferee using the services of a broker to transfer this permit? (circle your answer) (NO) YES
If yes, which firm or person is acting as broker? _____

**2.** How much are you paying in brokers fees for the permit sale?   $ _____

**3.** What is the net price you will receive from the sale of the permit?   $ 130,000

**4.** How is the purchase price to be paid to you? (circle your answer)   In full at time of transfer   (In periodic payments over time)

**5. What is your reason for transferring the permit? (circle your answer)**
- (Retirement)
- Health problem
- Entering a different fishery
- To pursue a non-fishing occupation
- Fishing is no longer profitable
- Other (explain) _____

THIS SECTION IS OPTIONAL AND IS NOT REQUIRED The section is protected by the Alaska Human Rights Law AS 18.80.255.

**What is your ethnic origin: (circle your answers)**
| | | | | | | |
|---|---|---|---|---|---|---|
| Permit Holder | Alaska Native | Caucasian | Black | Asian | Hispanic | Other _____ |
| Transferee | Alaska Native | Caucasian | Black | Asian | Hispanic | Other _____ |

Under AS 16.05.815 and AS 16.05.480, social security numbers and other information provided on this form may be used for fisheries research, management and licensing purposes and may be disclosed to: the Alaska Department of Fish and Game, the National Marine Fisheries Service, staff of the Pacific States Marine Fisheries Commission who are employed by the Alaska Fisheries Information Network project, the North Pacific Fishery Management Council, child support enforcement agencies for child support purposes and other agencies or individuals as required by law or court order. Name, address, and licenses held are public information that may be released.

PAGE 3