ATTACHMENT TO CIVIL COVER SHEET JS-44

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PORTLAND

PORTLAND DIVISION

LOTHROP v. MACGREGOR

<u>Civil Cover Sheet Box "I (c): additional Attorney information</u>:

>Thomas R. Walsh (Oregon Bar No. 181628)
>800 Fifth Avenue, Suite 4100
>Seattle, WA 98104
>Phone: 503-806-1750
>Email: Walsh@Maritime.Law

>Kevin Beauchamp Smith (*pro hac vice* pending)
>Attorney at Law
>2442 NW Market Street, PMB #10
>Seattle, WA  98107-4137
>Phone: 206-781-1657
>Email: kbeaus@ix.netcom.com