UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

BRUCE F. LOTHROP, an individual resident of Washington State,

    Plaintiff & Counter-Defendant

v.

MACGREGOR WALKER, an individual resident of Oregon State,

    Defendant & Counterclaimant

Case No. 3:20-cv-00260-HZ

**ORDER RE STIPULATED MOTION TO DISMISS BY ALL PARTIES**

THIS MATTER comes before the Court on the Stipulated Motion to Dismiss by All Parties. Having duly considered the Parties' Motion, the Court makes and enters the following order.

**IT IS HEREBY ORDERED** as follows:

The Parties Stipulated Motion is granted, and the original Complaint and all subsequent Counterclaims are dismissed with prejudice with each party bearing their own costs and and attorney fees.

**DATED** this __15__ day of September 2021.

By _____*Marco Hernandez*_____

The Honorable Marco A. Hernandez

District Court Judge

ORDER RE STIPULATED MOTION TO DISMISS
*Lothrop v. Walker*
Case No.3:20-cv-00260-HZ
Page **2** of **2**